UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Laura A Miller

                                          Plaintiff,

v.                                                                           Case No.: 1:18−cv−04738
                                                                          Honorable Edmond E. Chang

The French Pastry School LLC, et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 10, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: On Plaintiff's motion [39] to dismiss the counterclaims or to stay them, there is no good reason to stay litigation over the counterclaims. A stay would raise the risk of extending the litigation into two artificial parts. So that aspect of the motion [39] is denied. Defendants' response to the remainder of the motion is due by 10/29/2018. The reply is due by 11/13/2018. MID disclosures on the counterclaims are due by 11/05/2018. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.